**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Hector Lopez,

Plaintiff,

v.

Charles Ryan, et al.,

Defendants.

No. CV 13-00691-TUC-DCB

**ORDER**

Upon a review of Defendants' Renewed Motion for Stay Pending Petition for Writ of Certiorari, and good cause appearing therefore,

IT IS HEREBY ORDERED that this matter is stayed pending the Supreme Court's decision on Defendants' pending Petition for Writ of Certiorari.

IT IS FURTHER ORDERED that the trial date and all pretrial deadlines are vacated pursuant to the stay.

SO ORDERED this ______day of September, 2019.