**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hector Lopez, | No. CV-13-00691-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Bollweg, et al., | |
| Defendants. | |

Pending before the United States Supreme Court is Defendants' Petition for Writ of Certiorari, which the Court finds is good cause to stay the case.

**Accordingly,**

**IT IS ORDERED** that the Renewed Motion for Stay Pending Petition for Writ of Certiorari (Doc. 158) is GRANTED.

**IT IS FURTHER ORDERED** that the case is stayed, pending a ruling by the United States Supreme Court on the Petition for Writ of Certiorari.

**IT IS FURTHER ORDERED** that the Defendants shall notify the Court immediately upon a ruling from the Supreme Court either granting or denying the Petition for Certiorari.

**IT IS FURTHER ORDERED** that the Defendants shall file a status report with the Court every three months during the pendency of the Petition.

1     **IT IS FURTHER ORDERED** that when the stay is lifted, the trial shall be
2 immediately reset for trial in the event the Petition is denied or if this Court's denial of
3 qualified immunity is affirmed.
4     Dated this 16th day of September, 2019.

_____
Honorable David C. Bury
United States District Judge