# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Hector Lopez,<br>    Petitioner,<br><br>v.<br><br>Bennett and Swaney,<br>    Respondent. | JUDGMENT IN A CIVIL CASE<br><br>CV 13-00691-TUC-DCB |

    This action came before the Court for a trial by jury.  The Defendants' Rule 50 motion for judgment as a matter of law is Granted.

    IT IS ORDERED AND ADJUDGED that Judgment be entered in favor of the Defendants and against the Plaintiff.

February 12, 2020
Date

Debra D. Lucas
District Court
Acting Executive/Clerk

 s/ S. Jones
By: Deputy Clerk